**Order entered October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00873-CV

**IN RE HOME STATE COUNTY MUTUAL INSTURANCE COMPANY D/B/A SAFECO AND NAJEEBA ANEESA SABOUR, Relators**

**Original Proceeding from County Court at Law No. 5**
**Dallas County, Texas**
**Cause No. CC-17-04602-E**

**AMENDED ORDER**
Before Justices Molberg, Reichek, and Smith

Before the Court is relators' October 6, 2021 petition for writ of mandamus and motion for temporary stay, relators' October 15, 2021 supplemental motion for temporary stay, and relators' October 18, 2021 Emergency Motion to Clarify or Amend Stay Order. We grant relators' motions and **STAY**, pending resolution of this original proceeding, the trial court's September 15, 2021 order denying relators' motion to quash and motion for protective order, allowing real party in interest Taiwo to take Safeco's corporate-representative deposition, the trial court's October 15, 2021 oral rulings and orders signed by the court on that same date denying relators' motion to stay (filed in the trial court September 21, 2021) and

relators' motion to quash deposition of corporate representative and for protective order (filed in the trial court September 29, 2021) and compelling relators to produce Safeco's corporate representative for deposition within ten days of October 15, 2021.

We request that real party in interest and respondent file a response, if any, to relators' petition for writ of mandamus by **November 1, 2021**.

/s/ Ken Molberg
KEN MOLBERG
JUSTICE